UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOAMI AGBALENYO,

                      Plaintiff,

        -against-

KEVIN JAY EVANS and CONTINENTAL
LOGISTICS SERVICES,

                Defendants,

**ORDER**

21 Civ. 4628 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for November 12, 2021 is adjourned to

**November 16, 2021 at 11:30 a.m.**

Dated:  New York, New York
       October 29, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge