UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOAMI AGBALENYO,

        Plaintiff,

-against-

KEVIN JAY EVANS and CONTINENTAL LOGISTICS SERVICES,

        Defendants,

**ORDER**

21 Civ. 4628 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The conference currently scheduled for November 16, 2021 at 11:30 a.m. is adjourned **sine die.**

Dated: New York, New York
       November 14, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge